Matter of D.S. v C.B.
2026 NY Slip Op 03928
June 23, 2026
Appellate Division, First Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of D.S., Respondent,
v
C.B., Appellant.

Decided and Entered: June 23, 2026
Docket No. O-07736/23, O-07774/23, O-08114/23|Appeal No. 6940|Case No. 2025-07184|
Before: Renwick, P.J., Scarpulla, González, Rodriguez, O'neill Levy, JJ.

Dora M. Lassinger, Long Beach, for appellant.
D. S., respondent pro se.

[*1]
Order, Family Court, New York County (Stephanie Schwartz, J.), entered on or about November 6, 2025, which, to the extent appealed from as limited by the briefs, dismissed petitioner C. B.'s family offense petitions against respondent D. S., unanimously affirmed, without costs.
The Family Court properly denied the petitions, as petitioner C. B. failed to establish by a fair preponderance of the credible evidence that respondent D. S. committed the offenses of harassment in the second degree (Penal Law § 240.26), assault in the third degree (Penal Law § 120.00[1]), and attempted assault in the third degree (Penal Law § 110.00). Family Court's determination not to credit petitioner's
testimony is entitled to great deference, and there is no basis to disturb its findings (see Matter of Everett C. v Oneida P., 61 AD3d 489, 489 [1st Dept 2009]).
We have considered petitioner's remaining arguments and find them unavailing. THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 23, 2026